```
                    UNITED STATES COURT OF APPEALS

                       FOR THE FOURTH CIRCUIT
                                                            FILED
                                                      November 5, 2007

                            No. 07-270
                            5:92-cr-00114-BR-3
                            1:07-cv-08095-KMW
```

In Re: LEROY ANGLOSON STUART

     Movant

                                _____

                              O R D E R

                                _____

     Petitioner has filed a motion to dismiss.

     The Court dismisses this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. The Clerk of this Court will issue a certified copy of this order to the U.S. District Court for the Eastern District of North Carolina.

                              For the Court - By Direction

                              /s/ Patricia S. Connor
                              _____
                                       CLERK