UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:92-CR-114-3BR
NO. 5:16-CV-593-BR

| | |
|---|---|
| LEROY ANGLOSON STUART,<br>　　Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent | ORDER |

　　This matter is before the court on petitioner's unopposed motion to lift stay and set a briefing schedule. For good cause shown, the motion is ALLOWED. The stay is hereby LIFTED. Petitioner must file any supplemental brief in support of his § 2255 motion on or before 1 June 2017. Respondent must file an answer or other appropriate response to the § 2255 motion on or before 30 June 2017. Any further response by Petitioner must be filed on or before 11 July 2017.

　　This 1 May 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　W. Earl Britt
　　　　　　　　　　　　　　　　Senior U.S. District Judge